[No. 40074-6-I.    Division One.    June 29, 1998.]

BETTY AUSTIN, *Appellant*, v. WESTERN DRUG DISTRIBUTORS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-32540-8, Jeannette R. Burrage, J., entered January 3, 1998. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Agid, A.C.J., and Webster, J.

[Nos. 40213-7-I; 40610-8-I.    Division One.    June 29, 1998.]

OLAREE E. HOPPEL, *Appellant*, v. MABRY C. DE BUYS, ET AL., *Respondents*.

PRESTON GATES & ELLIS, *Respondent*, v. OLAREE E. HOPPEL, *Appellant*.

Appeals from judgments of the Superior Courts for Snohomish and King Counties, Nos. 95-2-09307-6, 95-2-31905-0, Ronald L. Castleberry and Philip G. Hubbard, JJ., entered December 13, 1996 and March 28, 1997. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Becker, JJ.

[No. 40493-8-I.    Division One.    June 29, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMIE P. WYCHE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-00942-8, Thomas J. Wynne, J., entered March 25, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 40699-0-I.    Division One.    June 29, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD L. BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-00558-9, Thomas J. Wynne, J., entered May 7, 1997. *Affirmed* by unpublished opinion per Webster, J., concurred in by Agid, A.C.J., and Ellington, J.